## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AT&T CORP., <br><br> Plaintiff, <br><br> v. <br><br> SKYWORKS SOLUTIONS, INC. f/k/a ALPHA INDUSTRIES, INC.; and JOHN DOES (1-10), representing various individuals and entities whose names and addresses are presently unknown, <br><br> Defendants. | Civil Action No.: 04-11898 (NMG) |

## WAIVER OF SERVICE OF SUMMONS

I acknowledge receipt of your request that I waive service of the Summons in the action entitled <u>AT&T Corp. v. Skyworks Solutions, Inc. f/k/a Alpha Industries, Inc., et al.</u>, which is case number 04-11898 (NMG) in the United States District Court for the Eastern District of Massachusetts. I have also received a copy of the Complaint in the action, this instrument, an additional copy of the Notice and Request, and an additional copy of this instrument, together with a stamped, addressed envelope by which I can return a copy of the signed Waiver to you with no cost to me.

I agree to save the cost of service of the Summons and an additional copy of the Complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction of the Court, except for objections based on a defect in the Summons or in the service of the Summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an Answer or motion under Rule 12 of the Federal Rules of Civil Procedure is not served on you within sixty (60) days after December 2, 2004 (or within ninety (90) days after that date if the request is sent to me at an address outside the United States).

By: _____
Robert J. Terry, Esq.
Signed on behalf of Skyworks Solutions, Inc.

Dated: 12/10/04

12459/814
12/01/04 1645724.01