# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AT&T CORP.,<br><br>                Plaintiff,<br><br>  v.<br><br>SKYWORKS SOLUTIONS, INC. f/k/a ALPHA INDUSTRIES, INC.; and JOHN DOES (1-10), representing various individuals and entities whose names and addresses are presently unknown,<br><br>                Defendants. | Civil Action No.: 04-11898 (NMG) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE** that the Plaintiff hereby voluntarily dismisses this action with prejudice and without costs to either party.

Dated: February 24, 2005

                                                **KIELY & VISNICK**

                                                By:_____
                                                Kevin J. Kiely, Esq. (Bar No. 542043)
                                                11 School Street
                                                Rockport, MA 019966
                                                978.546.2525
                                                978.546.9758 Telecopier

                                                -and-

                                                Samuel S. Cornish, Esq.
                                                LOWENSTEIN SANDLER PC
                                                65 Livingston Avenue
                                                Roseland, NJ 07068
                                                973.597.2500
                                                973.597.2400 Telecopier
                                                Attorneys for Plaintiff AT&T Corp.

12459/814
02/23/05 1683087.01